

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00600-CV

Patricia Skelton,
Appellant

v.

Guy James Gray,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16416A
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE MEZA, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, this appeal is REVERSED AND REMANDED. Costs of this appeal are assessed against the party who incurred them.

SIGNED August 13, 2025.

_H. Todd McCray_____
H. Todd McCray, Justice